# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: COURTNEY N. HEARD  
4835 CREEKVIEW ROAD, #9  
ROCKFORD, IL  61108  

SSN-xxx-xx-4448

Case Number: 06-70943

Case filed on: 6/5/2006  
Plan Confirmed on: 8/7/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,314.67     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,637.00 | 2,637.00 | 2,637.00 | 0.00 |
|  | Total Legal | 2,637.00 | 2,637.00 | 2,637.00 | 0.00 |
| 999 | COURTNEY N. HEARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DRIVE FINANCIAL SERVICES | 13,642.69 | 10,000.00 | 3,039.01 | 1,176.23 |
|  | Total Secured | 13,642.69 | 10,000.00 | 3,039.01 | 1,176.23 |
| 001 | DRIVE FINANCIAL SERVICES | 0.00 | 3,642.69 | 0.00 | 0.00 |
| 002 | B-LINE LLC | 786.88 | 786.88 | 0.00 | 0.00 |
| 003 | ASSET ACCEPTANCE CORP | 109.93 | 109.93 | 0.00 | 0.00 |
| 004 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 4,841.26 | 4,841.26 | 0.00 | 0.00 |
| 007 | NCO FINANCIAL SYSTEMS INC | 154.35 | 154.35 | 0.00 | 0.00 |
| 008 | ROCKFORD MERCANTILE AGENCY INC | 1,622.70 | 1,622.70 | 0.00 | 0.00 |
| 009 | ILLINOIS STUDENT ASSISTANCE COMM | 7,803.63 | 7,803.63 | 0.00 | 0.00 |
| 010 | STANLEY MURASKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | UNITED CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MERRY HEARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASSET ACCEPTANCE CORP | 85.67 | 85.67 | 0.00 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 1,466.76 | 1,466.76 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE CORP | 523.92 | 523.92 | 0.00 | 0.00 |
| 016 | LAW OFFICES OF KIMBERLY J WEISSMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 17,395.10 | 21,037.79 | 0.00 | 0.00 |
|  | Grand Total: | 33,674.79 | 33,674.79 | 5,676.01 | 1,176.23 |

Total Paid Claimant: $6,852.24  
Trustee Allowance: $462.43  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008           By /s/Heather M. Fagan